# EXHIBIT A

Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

**Reg. No. 2,181,753**

## United States Patent and Trademark Office

Registered Aug. 18, 1998

### TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS METALS, NAMELY, SHOE ORNAMENTS, HAT ORNAMENTS, ORNAMENTAL PINS, ASHTRAYS FOR SMOKERS, DECORATIVE BOXES, POWDER COMPACTS OF PRECIOUS METAL, JEWELRY CASES; JEWELRY, NAMELY, RINGS, KEY RINGS, BELT BUCKLES, EAR RINGS, CUFFLINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, STRAPS FOR WATCHES, WATCHES AND WRIST-WATCHES, CASES FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GOODS MADE OF LEATHER OR IMITATIONS OF LEATHER ARE NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES MADE FROM LEATHER OR LEATHERBOARD, ENVELOPES OF LEATHER FOR PACKAGING; TRUNKS, VALISES, TRAVELING BAGS, LUGGAGE FOR TRAVEL, GARMENT BAGS FOR TRAVEL, VANITY CASES SOLD EMPTY, RUCKSACKS, HAND BAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE CASES, BRIEFCASES, DRAW STRING POUCHES; AND FINE LEATHER GOODS, NAMELY, POCKET WALLETS, PURSES, LEATHER KEY HOLDERS, BUSINESS CARD CASES, CALLING CARD CASES, AND CREDIT CARD CASES, UMBRELLAS, PARASOLS, CANES, AND WALKING-STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, CORSETS, SUITS, WAISTCOATS, RAINCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, POCKET SQUARES, SUSPENDERS, GLOVES, BELTS, STOCKINGS, TIGHTS, SOCKS, BATH ROBES, SHOES, BOOTS AND SANDALS, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 96/612504, FILED 2-23-1996, REG. NO. 96612504, DATED 2-23-1996, EXPIRES 2-23-2006.

OWNER OF U.S. REG. NOS. 1,643,625, 1,875,198 AND OTHERS.

SER. NO. 75-143,789, FILED 8-1-1996.

JASON TURNER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,504,931**
**Registered Sep. 17, 2024**
**Int. Cl.: 14, 25**
**Trademark**
**Principal Register**

Louis Vuitton Malletier (FRANCE société par actions simplifiée (sas))
2 rue du Pont Neuf
Paris, FRANCE 75001

CLASS 14: Products of precious metal and their alloys, namely, figurines of precious metal, jewelry boxes, jewelry caskets, fitted jewelry boxes, and watch pouches; jewelry, namely, rings, key rings, key rings with charms, brooches, chains, necklace chains, tie pins, cufflinks, ornamental pins, and jewelry in the nature of medallions and medallion pendants; watch straps, watches, wristwatches, pendulum clocks, clocks, alarm clocks, watch cases being cases adapted for holding watches, and caskets being cases adapted for holding watches

CLASS 25: Apparel, namely, underwear, sweaters, bodices, corsets, suits, vests, raincoats, coats, trousers, pullovers, dresses, jackets, shawls, sashes, scarves, ties, braces as suspenders, gloves, belts, stockings, tights, socks, jerseys, bathing suits and bathrobes, footwear; headwear

OWNER OF France , REG. NO. 96612504, DATED 02-23-1996, EXPIRES 02-23-2026

OWNER OF FRANCE REG. NO. 96612504, DATED 02-23-1996, RENEWED AS REG. NO. 96612504, DATED 11-27-2015, EXPIRES 02-23-2026

The mark consists of a four petal flower within a circle.

SER. NO. 90-553,394, FILED 03-01-2021



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office



Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,773,107**
Registered **Oct. 14, 2003**

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: JEWELRY INCLUDING RINGS, BELT BUCKLES OF PRECIOUS METALS, EARRINGS, CUFF LINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, ORNAMENTAL PINS, AND MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS AND APPARATUS, NAMELY, WATCHES, WATCH CASES AND CLOCKS; NUTCRACKERS OF PRECIOUS METALS; CANDLESTICKS OF PRECIOUS METALS, JEWELRY BOXES OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

FOR: TRAVEL BAGS, TRAVEL BAGS MADE OF LEATHER; LUGGAGE TRUNKS AND VALISES, GARMENT BAGS FOR TRAVEL, VANITY-CASES SOLD EMPTY; RUCKSACKS, SHOULDER BAGS, HANDBAGS; ATTACHE-CASES, BRIEFCASES, DRAWSTRING POUCHES, POCKET WALLETS, PURSES, UMBRELLAS, BUSINESS CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER, CREDIT CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER; CALLING CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1899; IN COMMERCE 0-0-1899.

FOR: CLOTHING, NAMELY, UNDERWEAR, SWEATERS, SHIRTS, T-SHIRTS, SUITS, HOSIERY, BELTS, SCARVES, NECK TIES, SHAWLS, WAISTCOATS, SKIRTS, RAINCOATS, OVERCOATS, SUSPENDERS, TROUSERS, JEANS, PULLOVERS, FROCKS, JACKETS, WINTER GLOVES, DRESS GLOVES, TIGHTS, SOCKS, BATHING SUITS, BATH ROBES, PAJAMAS, NIGHT DRESSES, SHORTS, POCKET SQUARES; HIGH-HEELED SHOES, LOW-HEELED SHOES, SANDALS, BOOTS, SLIPPERS, TENNIS SHOES; HATS, CAPS, HEADBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1974; IN COMMERCE 0-0-1974.

OWNER OF U.S. REG. NO. 2,177,828.

SER. NO. 76-364,597, FILED 1-31-2002.

RUSS HERMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,504,932**
**Registered Sep. 17, 2024**
**Int. Cl.: 14, 25**
**Trademark**
**Principal Register**

Louis Vuitton Malletier (FRANCE société par actions simplifiée (sas))
2 rue du Pont Neuf
Paris, FRANCE 75001

CLASS 14: Products of precious metal and their alloys, namely, figurines of precious metal, jewelry boxes, jewelry caskets, fitted jewelry boxes, and watch pouches; jewelry, namely, rings, key rings, key rings with charms, brooches, chains, necklace chains, tie pins, cufflinks, ornamental pins, and jewelry in the nature of medallions and medallion pendants; watch straps, watches, wristwatches, pendulum clocks, clocks, alarm clocks, watch cases being cases adapted for holding watches, and caskets being cases adapted for holding watches

CLASS 25: Apparel, namely, underwear, sweaters, bodices, corsets, suits, vests, raincoats, coats, trousers, pullovers, dresses, jackets, shawls, sashes, scarves, ties, braces as suspenders, gloves, belts, stockings, tights, socks, jerseys, bathing suits and bathrobes, footwear; headwear

OWNER OF France , REG. NO. 96612503, DATED 02-23-1996, EXPIRES 02-23-2026

OWNER OF FRANCE REG. NO. 96612503, DATED 02-23-1996, RENEWED AS REG. NO. 96612503, DATED 11-27-2015, EXPIRES 02-23-2026

The mark consists of a four petal flower within a diamond.

SER. NO. 90-553,413, FILED 03-01-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



Int. Cls.: 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 39, 41 and 50

Reg. No. 2,177,828

**United States Patent and Trademark Office**   Registered Aug. 4, 1998

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS METALS, NAMELY, SHOE ORNAMENTS, HAT ORNAMENTS, ORNAMENTAL PINS, ASHTRAYS FOR SMOKERS, DECORATIVE BOXES, POWDER COMPACTS OF PRECIOUS METAL, JEWELRY CASES; JEWELRY, NAMELY, RINGS, KEY RINGS, BELT BUCKLES, EAR RINGS, CUFFLINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, STRAPS FOR WATCHES, WATCHES AND WRIST-WATCHES, CASES FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GOODS MADE OF LEATHER OR IMITATIONS OF LEATHER ARE NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES MADE FROM LEATHER OR LEATHERBOARD, ENVELOPES OF LEATHER FOR PACKAGING; TRUNKS, VALISES, TRAVELING BAGS, LUGGAGE FOR TRAVEL, GARMENT BAGS FOR TRAVEL, VANITY CASES SOLD EMPTY, RUCKSACKS, HAND BAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE CASES, BRIEFCASES, DRAW STRING POUCHES, AND FINE LEATHER GOODS, NAMELY, POCKET WALLETS, PURSES, LEATHER KEY HOLDERS, BUSINESS CARD CASES, CALLING CARD CASES, AND CREDIT CARD CASES, UMBRELLAS, PARASOLS, CANES, AND WALKING-STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, CORSETS, SUITS, WAISTCOATS, RAINCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, POCKET SQUARES, SUSPENDERS, GLOVES, BELTS, STOCKINGS, TIGHTS, SOCKS, BATH ROBES, SHOES, BOOTS AND SANDALS, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 96/612502, FILED 2-23-1996, REG. NO. 96612502, DATED 2-23-1996, EXPIRES 2-23-2006.

OWNER OF U.S. REG. NOS. 1,643,625, 1,875,198 AND OTHERS.

SER. NO. 75-143,799, FILED 8-1-1996.

JASON TURNER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,504,930**
**Registered Sep. 17, 2024**
**Int. Cl.: 14, 25**
**Trademark**
**Principal Register**

Louis Vuitton Malletier (FRANCE société par actions simplifiée (sas))
2 rue du Pont Neuf
Paris, FRANCE 75001

CLASS 14: Products of precious metal and their alloys, namely, figurines of precious metal, jewelry boxes, jewelry caskets, fitted jewelry boxes, and watch pouches; jewelry, namely, rings, key rings, key rings with charms, brooches, chains, necklace chains, tie pins, cufflinks, ornamental pins, and jewelry in the nature of medallions and medallion pendants; watch straps, watches, wristwatches, pendulum clocks, clocks, alarm clocks, watch cases being cases adapted for holding watches, and caskets being cases adapted for holding watches

CLASS 25: Apparel, namely, underwear, sweaters, bodices, corsets, suits, vests, raincoats, coats, trousers, pullovers, dresses, jackets, shawls, sashes, scarves, ties, braces as suspenders, gloves, belts, stockings, tights, socks, jerseys, bathing suits and bathrobes, footwear; headwear

OWNER OF France , REG. NO. 96612502, DATED 02-23-1996, EXPIRES 02-23-2026

OWNER OF FRANCE REG. NO. 96612502, DATED 02-23-1996, RENEWED AS REG. NO. 96612502, DATED 11-27-2015, EXPIRES 02-23-2026

The mark consists of a four petal flower.

SER. NO. 90-553,365, FILED 03-01-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



Int. Cls.: 9, 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 27, 28, 36, 38, 39, 41 and 50

**United States Patent and Trademark Office**

Reg. No. 3,107,072
Registered June 20, 2006

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE SOCIÉTÉ ANONYME)
2, RUE DU PONT-NEUF
F-75001 PARIS
FRANCE

FOR: SPECTACLES, SUNGLASSES AND SPECTACLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELRY, NAMELY, RINGS, KEY RINGS OF PRECIOUS METAL, EARRINGS AND EAR CLIPS, CUFF LINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, ORNAMENTS OF PRECIOUS METAL, MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC APPARATUS AND INSTRUMENTS, NAMELY WATCHES, WATCH CASES, ALARM CLOCKS; JEWELRY BOXES OF PRECIOUS METAL, THEIR ALLOYS OR COATED THEREWITH, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHER AND IMITATION LEATHER PRODUCTS, NAMELY, TRAVELING BAGS, TRAVELING SETS COMPRISED OF BAGS OR LUGGAGE, TRUNKS AND SUITCASES, GARMENT BAGS FOR TRAVEL PURPOSES; VANITY CASES SOLD EMPTY, RUCKSACKS, SHOULDER BAGS, HANDBAGS, ATTACHÉ CASES, DOCUMENT WALLETS AND BRIEFCASES MADE OF LEATHER, POUCHES MADE OF LEATHER, WALLETS, PURSES, KEY CASES, BUSINESS CARD CASES, CREDIT CARD CASES; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERGARMENTS, NAMELY, SWEATERS, SHIRTS, TEE-SHIRTS, BELTS, SCARVES, NECKTIES, SHAWLS, WAISTCOATS, SKIRTS, RAINCOATS, OVERCOATS, SUSPENDERS, TROUSERS, DENIM TROUSERS, PULLOVERS, DRESSES, JACKETS, SASHES FOR WEAR, GLOVES, TIGHTS, BATHING SUITS, BATH ROBES, PAJAMAS, NIGHTGOWNS, SHORTS, POCKET SQUARES; SHOES, BOOTS, SLIPPERS; HEADGEAR, NAMELY, HATS AND CAPS; UNDERWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY DATE OF 6-18-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0846642 DATED 11-19-2004, EXPIRES 11-19-2014.

OWNER OF U.S. REG. NOS. 1,841,850, 2,773,107 AND OTHERS.

SER. NO. 79-009,979, FILED 11-19-2004.

BRIDGETT SMITH, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,255,321
Registered June 22, 1999

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: CLOTHING, UNDERWEAR AND OTHER GARMENTS, NAMELY, SWEATERS, SHIRTS, BODICES, CORSETS, SUITS, WAISTCOATS, RAINCOATS, RAINWEAR, SKIRTS, COATS, TROUSERS, PULLOVERS, DRESSES, JACKETS, SHAWLS, SCARVES, SASHES FOR WEAR, TIES, POCKET HANDKERCHIEF SQUARES FOR WEAR, BRACES, CLOTHING GLOVES, CLOTHING BELTS, STOCKINGS, TIGHTS, SOCKS, BATHING SUITS, BATHROBES, FOOTWEAR, AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF FRANCE REG. NO. 96/617953, DATED 3-27-1996, EXPIRES 3-27-2006.

OWNER OF U.S. REG. NO. 1,931,144 AND OTHERS.

THE COLORS LIGHT AND DARK BROWN ARE CLAIMED AS A FEATURE OF THE MARK. THE LINING CONSTITUTES A FEATURE OF THE MARK AND, ITSELF, DOES NOT INDICATE COLOR AS DESCRIBED AND CLAIMED HEREINABOVE.

THE MARK CONSISTS OF A SQUARE WITH A CHECKERED PATTERN OF LIGHT AND

2　　　　　　　　　　　　　　　　2,255,321

DARK BROWN WITH THE UNUSUAL CONTRAST OF WEFT AND WARP.

SER. NO. 75-445,736, FILED 3-6-1998.

JENNIFER CHICOSKI, EXAMINING ATTORNEY