# EXHIBIT B































